04 CV 11746 RGS

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| LOGISTICS INFORMATION SYSTEMS, INC., ) | |
|      Debtor ) | |
| ) | Chapter 7 |
| JOSEPH BRAUNSTEIN, ) | Case No. 03-10886-CJK |
| CHAPTER 7 TRUSTEE OF LOGISTICS ) | |
| INFORMATION SYSTEMS, INC., ) | |
| ) | |
|      Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Adversary Proceeding |
| WILLIAM E. SPERBECK, SUSAN L. ) | Case No. 04-01188 |
| SPERBECK and ARCLOGIX, INC., ) | |
| ) | |
|      Defendants ) | |
| ) | |

### MOTION FOR WIHDRAWAL OF PROCEEDING TO THE DISTRICT COURT

Pursuant to 28 U.S.C. §157(d) and Rule 5011(a) of the Federal Rules Of Bankruptcy Procedure, and for the reasons stated in their memorandum of law in support of this motion, filed contemporaneously herewith, the defendants, William Sperbeck, Susan L. Sperbeck (now known as Susan L. Cahoon) and Arclogix, Inc., move the district court to withdraw to the district court, in its entirety and for disposition of all matters relating thereto, the reference of this Adversary Proceeding No. 04-01188 to the Bankruptcy Court.

Respectfully submitted,

The Defendants,
By their attorney,

Dated: July 22, 2004

Ronald W. Dunbar, Jr., BBO# 567023
DUNBAR & RODMAN LLP
One Gateway Center  -  Suite 405
Newton, MA 02458
(617)244-3550

2