UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH BRAUNSTEIN, )
CHAPTER 7 TRUSTEE OF LOGISTICS )
INFORMATION SYSTEMS, INC., )
)  Civil Action No. 04-11746-RGS
Plaintiff )
)
v. )
)
WILLIAM E. SPERBECK, SUSAN CAHOON )
and ARCLOGIX, INC., )
)
Defendants )

## DEFENDANTS' CERTIFICATION

The Defendants and their counsel have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--to litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs as those outlined in L.R. 16.4.

Counsel for the Defendants,

_____
Ronald W. Dunbar, Jr.
BBO# 567023
DUNBAR & RODMAN LLP
One Gateway Center - Suite 405
Newton, MA 02458
(617)244-3550

Dated: November 23, 2004

_____
William Sperbeck,
individually and as
President of
Arclogix, Inc.

_____
Susan Cahoon