UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BRAUNSTEIN, CHAPTER 7 TRUSTEE OF LOGISTICS INFORMATION SYSTEMS, INC., <br><br> Plaintiff <br><br> v. <br><br> WILLIAM E. SPERBECK, SUSAN SPERBECK, and ARCLOGIX, INC., <br><br> Defendants | Civil Action No. 04-11746-RGS |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, Joseph Braunstein, Chapter 7 Trustee of Logistics Information Systems, Inc. and his counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

JOSEPH BRAUNSTEIN,
CHAPTER 7 TRUSTEE OF LOGISTICS
INFORMATION SYSTEMS, INC.,

DATED: November 22, 2004

Joseph Braunstein, Chapter 7 Trustee

COUNSEL TO THE PLAINTIFF.

Mark W. Corner, BBO No. 550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

I, Mark W. Corner, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/24/04.

Mark W. Corner

35690.2.864057.1

1