UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM E. SPERBECK

              V.                        CIVIL ACTION NO. 04-11746-RGS

LOGISTICS INFORMATION

# ORDER OF DISMISSAL

STEARNS, DJ.                              MARCH 11, 2005

       THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR

FAILURE OF THE PARTIES TO COMPLY WITH THIS COURT'S DIRECTIVE

OF NOVEMBER 30, 2004.

       SO ORDERED.

                                RICHARD G. STEARNS
                                UNITED STATES DISTRICT JUDGE

                 BY:

                                /s/ Mary H. Johnson
                                  Deputy Clerk